IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RODNEY STEWART PRESLEY,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**SHERIFF GROVER W. SMITH, in his** )<br>**Individual Capacity, and the ESCAMBIA** )<br>**COUNTY COMMISSION,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO 07-0580-KD-M** |

## **JUDGMENT**

In accordance with the order on summary judgment entered in the above styled action, it is **ORDERED, ADJUDGED** and **DECREED** that judgment shall be entered in favor of all defendants and that this action shall be and is hereby **DISMISSED** with prejudice.

Each party shall bear their own costs.

**DONE** and **ORDERED** this the 21st day of August, 2008.

  **s/ Kristi K. DuBose**
  **KRISTI K. DuBOSE**
  **UNITED STATES DISTRICT JUDGE**